UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| MATTHEW SIMMONDS, ERICA SIMMONDS AND G. ALLEN NITSCHELM<br><br>*Plaintiffs*<br><br>v.<br><br>KEARSARGE LIGHTING PRECINCT,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-00299-PB-AJ |

**ASSENTED-TO MOTION FOR STAY**

1.      After this action was initiated, Kearsarge Lighting Precinct ("KLP") voluntarily agreed to pause the accrual of fines against the Plaintiffs.

2.      On September 23, 2025, the KLP's Commissioners voted to pause enforcement of the relevant provision of the Zoning Ordinance while it considers whether to propose amendments to that provision at its next Annual Meeting in March 2026. Any amendments could have a material impact on the issues raised in this case.

3.      The parties respectfully request a temporary stay of proceedings until after April 1, 2026, to allow for this process to play out.

4.      All parties assent to the relief requested in this motion.

5.      A memorandum of law has not been attached because none is required for the assented-to relief that has been requested.

WHEREFORE, the plaintiffs request that this honorable Court:

A.    Stay the proceedings in this case until after April 1, 2026; and

B.    Grant other such relief as is just and equitable.

Respectfully submitted,

MATTHEW SIMMONDS, ERICA SIMONDS, AND G. ALLEN NITSCHELM

By their attorneys,

DEVINE, MILLIMET & BRANCH, P.A.

Dated: October 7, 2025          By: /s/ Richard P. Driscoll
                                Matthew R. Johnson (Bar No. 13076)
                                Richard P. Driscoll (Bar No. 273678)
                                111 Amherst Street
                                Manchester, NH 03101
                                (603) 669-1000
                                mjohnson@devinemillimet.com
                                rdriscoll@devinemillimet.com

## CERTIFICATE OF SERVICE

I certify that copies of this document are being served on all counsel of record electronically through ECF.

By: /s/ Richard P. Driscoll